IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-3676 |
| | : | |
| v. | : | |
| | : | |
| MORAVIAN COLLEGE and | : | |
| ABDULRAHMAN ALGHAMDI, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of October, 2018, the plaintiff having filed a motion for a protective order and leave to proceed in pseudonym (Doc. No. 2); and the court having scheduled a telephone conference in the above-captioned case for Wednesday, October 3, 2018, at 10:00 a.m. to discuss the above-referenced motion (Doc. No. 6); and the record showing that the plaintiff has not yet served defendant, Abdulrahman Alghamdi; accordingly, it is ordered that the telephone conference scheduled for October 3, 2018, at 10:00 a.m. (Doc. No. 6) is hereby **CANCELED**. The court will reschedule a telephone conference once the plaintiff serves defendant, Abdulrahman Alghamdi, and this defendant (1) has counsel enter an appearance on his behalf, (2) responds to the complaint in a *pro se* capacity, or (3) fails to timely respond to the complaint.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.