IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-3676 |
| | : | |
| v. | : | |
| | : | |
| MORAVIAN COLLEGE, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of July, 2019, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:


By: */s/ Shana Restucci*
    Shana Restucci, Civil Deputy Clerk
    The Honorable Edward G. Smith
    Shana_Restucci@paed.uscourts.gov